IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02775-DDD-NRN

PATRICK JONES

    Plaintiff,

v.

C. R. BARD, INC., and
BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

## PLAINTIFF'S MOTION FOR CERTAIN EXHIBITS TO BE KEPT UNDER LEVEL 1 RESTRICTION (UNDER SEAL)

On April 12th, 2021, Plaintiff Patrick Jones respectfully requested that the Court grant leave for him to file under seal the following exhibits to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment: **1, 6, 7, 12, 17, 18, 19, 20, 21, 22, 26, and 27**. Exhibit 1 contains Mr. Jones's private confidential health information, and the public disclosure of the other exhibits listed above would reveal Defendants' confidential, proprietary, and trade secret information.

Good cause to seal these exhibits exists because Plaintiff is required to protect these documents pursuant to this Court's Scheduling Order, ECF No. 33 (recognizing and incorporating the Joint Stipulation for Entry of Protective Order and CMOs 12, 14, and 21 from the Bard MDL). Plaintiff therefore requested that the Court grant leave to file under seal **Exhibits 1, 6, 7, 12, 17, 18, 19, 20, 21, 22, 26, and 27** to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment and that the documents be sealed from public access only, with CM/ECF access permitted to the litigants' counsel. On April 14th, 2021, the exhibits to be filed under seal

1

were distributed to all counsel of record via electronic mail. Unfortunately, the exhibits to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment were not filed with the Court. Plaintiff was ordered (Doc. 55) provide the court with exhibits to determine whether the requirements set forth in D.C.COLO.LCivR 7.2(c) have been satisfied. Plaintiff wishes the following exhibits to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment: **1, 6, 7, 12, 17, 18, 19, 20, 21, 22, 26, and 27** to be kept under Level 1 restriction. Accordingly, Plaintiff has filed exhibits under Level 1 Restriction using the ECF system [Doc. 56].

Plaintiff therefore respectfully requests that the Court grant the aforementioned exhibits to be placed under restriction.

Dated: April 19, 2021                                            Respectfully Submitted,

                                                                 MARTIN BAUGHMAN, PLLC

                                                                 /s/ Ben C. Martin_____
                                                                 Ben C. Martin, Esq. TX BAR NO. 13052400
                                                                 3141 Hood Street, Suite 600
                                                                 Dallas, TX 75219
                                                                 Tel. (214) 761-6614
                                                                 Fax (214) 744-7590
                                                                 bmartin@martinbaughman.coma

                                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2021, I electronically filed the foregoing with the Clerk using the ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Blake A. Gansborg | Matthew Brian Lerner |
| Email: blake.gansborg@nelsonmullins.com | Email: matthew.lerner@nelsonmullins.com |
| Mark Thomas Clouatre | Richard B. North, Jr. |
| Email: mark.clouatre@nelsonmullins.com | Email: richard.north@nelsonmullins.com |

2

| | |
|---|---|
| Nelson Mullins LLP-Denver<br>1400 Wewatta Street<br>Suite 500<br>Denver, CO 80202<br>303-583-9914<br>Fax: 303-583-9999 | Christopher Shaun Polston<br>Email: shaun.polston@nelsonmullins.com<br>Nelson Mullins Riley & Scarborough LLP-Atlanta<br>201 17th Street, N.W.<br>Atlantic Station<br>Suite 1700<br>Atlanta, GA 30363<br>404-817-6155<br>Fax: 404-817-6050 |

*Attorneys for Defendants*

                                              */s/ Ben C. Martin*_____
                                              Ben C. Martin